**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LOYALTY D. DICKERSON**                                                                 **PLAINTIFF**
**ADC #179465**

**V.**                                          **NO. 4:25-cv-334-JM**

**VALARIE F. THOMAS,** *et al*.                                                      **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Dickerson's complaint is DISMISSED, without prejudice, based on his failure to state a plausible constitutional claim for relief. Judgment shall be entered accordingly, and this case will be CLOSED.

The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g) and certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 30th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE